UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROXANNE PENNINGTON,<br><br>      Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART, Commissioner<br>of Social Security,<br><br>      Defendant. | Case No. 05-cv-624-JPG |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 11) of Magistrate Judge Donald G. Wilkerson recommending that the Court deny plaintiff Roxanne Pennington's ("Pennington") motion for default judgment (Doc. 7) and allow Pennington additional time to serve the summons and complaint on the defendant.

After reviewing a magistrate judge's report and recommendation, the Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in the report. Fed. R. Civ. P. 72(b). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 11) and **DENIES** Pennington's motion for default judgment (Doc. 7).

The Court further **QUASHES** the service attempted on the defendant and **ORDERS** that

Pennington shall have up to and including June 29, 2007, to serve the defendant with process in accordance with Federal Rule of Civil Procedure 4.  The Court notes that since Pennington has been allowed to proceed *in forma pauperis* under 28 U.S.C. § 1915, she is entitled to rely on the United States Marshals Service to serve the summons and complaint, *see* Federal Rule of Civil Procedure 4(c)(2), so long as she provides the summons issued in this case, the appropriately completed USM-285 forms and sufficient copies of the complaint for service.

The Court further **DIRECTS** the United States Marshal, upon receipt of the aforementioned documents from the plaintiff and pursuant to Federal Rule of Civil Procedure 4(c)(2), to serve a copy of the summons, complaint and this order upon the defendant Commissioner of Social Security, the United States Attorney for the Southern District of Illinois and the Attorney General of the United States, Washington, D.C., in the manner specified by Federal Rule of Civil Procedure 4(i)(1) & (2), as directed by the plaintiff.  Costs of service shall be borne by the United States.

The Court is mindful that this case is nearly two years old and service of process issues have not yet been resolved.  This case must get moving or go away.  To this end, the Court **WARNS** Pennington that should valid service of process not be made on the defendant on or before June 19, 2007, because of any delinquency on her part, the Court may dismiss this action either without prejudice for failure to accomplish service pursuant to Federal Rule of Civil Procedure 4(m) or with prejudice for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**
**DATED:  May 24, 2007**

                                                s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**