UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROXANNE PENNINGTON,<br><br>     Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART, Commissioner<br>of Social Security,<br><br>     Defendant. | Case No. 05-cv-624-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court for case management purposes. The plaintiff filed this case on August 30, 2005. On May 24, 2007, the Court quashed the attempted service on the defendant and allowed the plaintiff up to and including June 29, 2007, to accomplish service on the defendant. Because the Court had allowed the plaintiff to proceed *in forma pauperis*, the Court directed the United States Marshal service to serve the defendant once the plaintiff had provided it with the summons issued in this case, the appropriately completed USM-285 forms and sufficient copies of the complaint for service . The Court further noted that this case was nearing its two-year anniversary and needed to get moving. Accordingly, it warned the plaintiff if the defendant was not served within the additional time period because of any delinquency on her part, the Court would dismiss this action either without prejudice for failure to accomplish service pursuant to Federal Rule of Civil Procedure 4(m) or with prejudice for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

June 29 has come and gone and there is no evidence of service of process in the record. The United States Marshal Service has further informed the Court that it never received the required service documents from the plaintiff. As it warned it would do in its May 24, 2007,

order the Court **DISMISSES** this case without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for failure to accomplish service and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:  July 13, 2007**

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**