UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROXANNE PENNINGTON,

    Plaintiff,

  v.

JO ANNE B. BARNHART, Commissioner
of Social Security,

    Defendant.

Case No. 05-cv-624-JPG

## JUDGMENT

The plaintiff having failed to serve process on the defendant in a timely manner,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice and without costs.

**DATED:  July 13, 2007**      **NORBERT JAWORSKI**

        **By:s/Deborah Agans, DeputyClerk**


**Approved:**  s/ J. Phil Gilbert
          **J. PHIL GILBERT**
          **DISTRICT JUDGE**