UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROXANNE PENNINGTON,

    Plaintiff,

  v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

Case No. 05-cv-624-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion for reconsideration filed by plaintiff Roxanne Pennington (Docs. 15 & 17), which the Court has construed as pursuant to Federal Rule of Civil Procedure 59(e). Under Rule 59(e), a court has the opportunity to consider newly discovered material evidence or intervening changes in the controlling law or to correct its own manifest errors of law or fact to avoid unnecessary appellate procedures. *Moro v. Shell Oil Co.*, 91 F.3d 872, 876 (7th Cir. 1996); *see Harrington v. City of Chicago*, 433 F.3d 542, 546 (7th Cir. 2006); *Divane v. Krull Elec. Co.*, 194 F.3d 845, 848 (7th Cir. 1999). The Court held a hearing on the motion on September 14, 2007.

For the reasons stated at the hearing, the Court finds that the judgment in this case was likely due to a manifest error of fact. Accordingly, the Court **GRANTS** the motion for reconsideration (Docs. 15 & 17), **VACATES** the order dismissing this case (Doc. 13) and the judgment (Doc. 14) and **DIRECTS** the Clerk of Court to reopen this case.

The Court further **ORDERS** that Pennington shall have up to and including November 16, 2007, to accomplish service on the defendant. The Court notes that since Pennington has

been allowed to proceed *in forma pauperis* under 28 U.S.C. § 1915, she may, but is not required to, rely on the United States Marshals Service to serve the summons and complaint, *see* Federal Rule of Civil Procedure 4(c)(2), so long as she provides the summons issued in this case, the appropriately completed USM-285 forms and sufficient copies of the complaint for service.

The Court further **DIRECTS** the United States Marshal, upon receipt of the aforementioned documents from the plaintiff and pursuant to Federal Rule of Civil Procedure 4(c)(2), to serve a copy of the summons, complaint and this order upon the defendant Commissioner of Social Security, the United States Attorney for the Southern District of Illinois and the Attorney General of the United States, Washington, D.C., in the manner specified by Federal Rule of Civil Procedure 4(i)(1) & (2), as directed by the plaintiff.  Costs of service shall be borne by the United States.

The Court **WARNS** Pennington that should valid service of process not be made on the defendant and proof of service filed on or before November 16, 2007, because of any delinquency on her part, the Court will dismiss this action without prejudice for failure to accomplish service pursuant to Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED.**
**DATED:  September 17, 2007**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**