IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROXANNE PENNINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:05-cv-624-DGW |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY ) | |
| fka Dept. of HHS, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

**WILKERSON, Magistrate Judge:**

This action comes before the Court on Plaintiff's Motions to Dismiss (Doc. 38 and 40), filed on March 6 and 7, 2008. The March 6, 2008 Motion to Dismiss (Doc. 38) is identical to the March 7, 2008 Motion to Dismiss (Doc. 40). Accordingly, the March 6, 2008 Motion to Dismiss (Doc. 38) is **MOOT**. The March 7, 2008 Motion to Dismiss (Doc. 40) reads, in its entirety, as follows:

> Plaintiff Roxanne Pennington files this Motion to Dismiss and states as follows, via electronic filing: Plaintiff has no desire to continue with the present federal court case against Defendant.
>
> WHEREFORE , Plaintiff requests that this action be dismissed and that there be no further proceedings.

(Doc. 38). There was no response filed to either motion to dismiss.

In light of the Plaintiff's clear notice to the Court, the Court **GRANTS** Plaintiff's Motion to Dismiss (Doc. 40). See FED. R. CIV. P. 41(a)(2). Accordingly, this action is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

DATED: April 22, 2008

s/ *Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**